# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv244

| | |
|---|---|
| USA TROUSER, S.A. de C.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INTERNATIONAL LEGWEAR ) | |
| GROUP, INC., WILLIAM SHEELY, ) | |
| JOHN SANCHEZ, and SCOTT ) | |
| ANDREWS, ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is Plaintiff's Motion for Discovery [# 5]. Plaintiff brought this case is state court asserting a number claims. Defendants then removed the case to this Court and moved to dismiss two of the claims. Plaintiff now moves for early discovery pursuant to Local Rule 16.1, which provides that where "a party believes that early court sanctioned discovery is warranted, such party may file a motion for leave to take early discovery therein showing good cause." LCvR 16.1(F). A party requesting early discovery need not file a supporting memorandum as required for most motions. Id. Here, Plaintiff has shown good cause for allowing early discovery. Accordingly, the Court **GRANTS** the Plaintiff's Motion for Discovery [# 5]. The Court **DIRECTS** the

parties follows:

(1) Defendants shall respond to Plaintiff's First Request for Production of Documents to Defendant Scott Andrews and Defendant International Legwear Group, Inc. within forty-five (45) days of the entry of this Order.

(2) Defendants shall file their Answer to the Complaint within fourteen (14) days of the entry of this Order.

(3) The parties shall conduct the Initial Attorney's Conference within twenty (20) days of the Defendants filing their Answer. The parties shall have seven (7) days to complete and file the Certificate of Initial Attorney's Conference as required by Local Rule 16.1(B).

Signed: November 9, 2011

Dennis L. Howell
United States Magistrate Judge