THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv244

| | |
|---|---|
| USA TROUSER, S.A. de C.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| INTERNATIONAL LEGWEAR GROUP, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On January 11, 2012, Magistrate Judge Dennis L. Howell granted the motion to withdraw filed by counsel for the Defendant International Legwear Group, Inc. ("ILG"). [Doc. 20]. In that Order, the Magistrate Judge advised ILG that as a corporation, it cannot proceed in this matter *pro se*. [Id. at 1-2]. Accordingly, the Magistrate Judge directed ILG to retain new counsel and for new counsel to enter an appearance within ten (10) days of the entry of the Order. [Id. at 2]. ILG was warned that failure to retain new counsel within this time period would result in a recommendation to the District Court that ILG's Answer to the Complaint be stricken and an entry of default be made against it. [Id.].

No appearance has been filed by a new attorney for ILG, and the deadline within which to do so has passed. As a corporate entity, ILG cannot proceed in this action in a *pro se* capacity. "It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel." Rowland v. California Men's Colony, 506 U.S. 194, 201-02, 113 S.Ct. 716, 121 L.Ed.2d 656 (1993). As the Magistrate Judge correctly noted, where a corporate party has been warned that it cannot proceed *pro se* and must retain new counsel, it is appropriate to strike the corporate party's answer and make an entry of default against it. [See Doc. 20 at 2 (citing cases)]. As a result, the Court will strike ILG's Answer and will direct the Clerk of Court to make an entry of default against ILG.

**IT IS, THEREFORE, ORDERED** that the Answer of Defendant International Legwear Group, Inc. to USA Trouser, S.A. de C.V.'s Complaint [Doc. 11] is hereby **STRICKEN**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to enter default against the Defendant International Legwear Group, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: January 31, 2012

Martin Reidinger
United States District Judge