IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv244

| | |
|---|---|
| USA TROUSER, S.A. de C.V.,              ) | |
| )   | |
|     Plaintiff,              ) | |
| )   | |
| v.              ) | **ORDER** |
| )   | |
| INTERNATIONAL LEGWEAR              ) | |
| GROUP, INC., et al.,              ) | |
| )   | |
|     Defendant.              ) | |
| _____    ) | |

Pending before the Court is the Court is the Motion to Dismiss [# 3]. Previously, the Court directed the parties to show cause in writing whether the pending Motion to Dismiss was moot in light of the Court's Order striking the answer and entering default against Defendant International Legwear Group, Inc. Both parties responded that the motion was now moot and no Order from the Court is needed on the motion. Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 3].

Signed: April 16, 2012

Dennis L. Howell
United States Magistrate Judge