IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv244

| | | |
|---|---|---|
| USA TROUSER, S.A. de C.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| INTERNATIONAL LEGWEAR | ) | |
| GROUP, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the Plaintiff's Motion to Compel [# 31]. The Local Rules of this Court require that a party seeking an order from this Court compelling the production of documents or directing a party to appear for a deposition file a motion and a separate brief in support of the motion. LCrR 7.1(C). Plaintiff, who is represented by counsel, failed to comply with the requirements of the Local Rules and file a brief in support of his motion, instead filing a motion with various enumerated paragraphs. Such a filing does not comply with the requirements of Local Rule 7.1. Accordingly, the Court **DENIES without prejudice** the Motion to Compel.

-1-

Signed: June 11, 2012

*[signature]*

Dennis L. Howell
United States Magistrate Judge