IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv244

| | |
|---|---|
| USA TROUSER, S.A. de C.V., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>INTERNATIONAL LEGWEAR )<br>GROUP, INC., et al., )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

Pending before the Court is the Plaintiff's Motion for Leave to Take Deposition of James A. Williams and Scott Andrews After the Deadline for the Completion of Fact Discovery [# 39]. Previously, this Court denied Plaintiff's request to extend the discovery period in this case. (Order, July 19, 2012.) The Court explained that it would not extend the discovery period where Plaintiff has not been diligent in pursuing discovery. (Order, July 12, 2012.) Plaintiff then appealed this Order to the District Court. The District Court affirmed the Court's Order. (Order, Aug. 28, 2012.) Plaintiff now seeks leave of Court to take the depositions of two individuals after the close of discovery.

Discovery in this case closed August 1, 2012. As this Court has previously explained, the delays in this case in completing discovery are the result of

-1-

Plaintiff's failure to engage in discovery in a timely manner.  Plaintiff had ample time to conduct these depositions during the discovery period and failed to do so.  Upon a review of the record and Plaintiff's motion, the Court **DENIES** the motion [# 39].

Signed: September 5, 2012

Dennis L. Howell
United States Magistrate Judge