# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:11cv244

| | |
|---|---|
| USA TROUSER, S.A. de C.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| INTERNATIONAL LEGWEAR ) | |
| GROUP, INC., et al., ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Motion to Quash [# 49]. Third Party Russell Reighley filed a Motion to Quash a subpoena to appear at a deposition scheduled for August 22, 2012. The Court, however, did not receive the Motion to Quash until August 23, 2012, the day after the scheduled deposition. The date for the deposition having past, it appears that the motion is now moot. Accordingly, the Court **DENIES as moot** as the Motion to Quash [# 49].

Signed: September 5, 2012

Dennis L. Howell
United States Magistrate Judge