# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11cv244

| | |
|---|---|
| USA TROUSER, S.A. de C.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| INTERNATIONAL LEGWEAR ) | |
| GROUP, INC.; WILLIAM SHEELY; ) | |
| JOHN SANCHEZ; and SCOTT ) | |
| ANREWS, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Response to Individual Defendants' Motion to Seal Certain Exhibits [Doc. 71].

On September 21, 2012, the Plaintiff filed a Response opposing the Defendants' motion for leave to file under seal certain documents, namely Exhibits 23 and 24 to their motion for summary judgment. Specifically, the Plaintiff argues that the documents that the Defendants seek to seal do not contain any trade secrets or other confidential public information and therefore should not be filed under seal. In support of this argument, the Plaintiff attaches a copy of Exhibit 24 to its Response. [Doc. 71-1].

The confidential nature of Exhibit 24 clearly is a point of dispute between the parties. Until this issue is formally resolved, the Court will direct that any copies of Exhibit 24 shall remain under seal.

Accordingly, **IT IS, THEREFORE, ORDERED** that the exhibit attached to Plaintiff's Response [Doc. 71-1] shall be placed under seal pending further Order by this Court.

**IT IS SO ORDERED.**

Signed: September 26, 2012

Martin Reidinger
United States District Judge