# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

CIVIL ACTION NO. 1:11-cv-00244-MR-DLH

USA TROUSER, S.A. de C. V.,

    Plaintiff,

v.

INTERNATIONAL LEGWEAR GROUP, INC.; WILLIAM SHEELY; JOHN SANCHEZ and SCOTT ANDREWS,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

ORDERED AND ADJUDGED, pursuant to Plaintiff's Acceptance of Offer of Judgment filed with Defendants John Sanchez and William Sheely's Offer of Judgment on January 1, 2013, Judgment is hereby entered against Defendants William Sheely and John Sanchez in the amount of $277,185.82.

Signed: January 3, 2013

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court