THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00244-MR-DLH

| | |
|---|---|
| USA TROUSER, S.A. de C.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| INTERNATIONAL LEGWEAR GROUP, | ) |
| INC., WILLIAM SHEELY, JOHN | ) |
| SANCHEZ, and SCOTT ANDREWS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## J U D G M E N T

For the reasons stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Default Judgment is **GRANTED**, and a default judgment is hereby entered against the Defendant International Legwear Group, Inc. pursuant to Federal Rule of Civil Procedure 55(b)(2). The Plaintiff is hereby awarded damages of One Million Nine Hundred and Sixty-Five Thousand Seven Hundred and Sixty-Eight Dollars and Forty-Eight Cents ($1,965,768.48), together with

attorney's fees of Twenty-Seven Thousand Eight Hundred and Fifty-Eight Dollars ($27,858.00) and an award of costs in the amount of Four Hundred and Two Hundred and Thirty Dollars ($230.00) against the Defendant International Legwear Group, Inc.

Signed: March 24, 2014

Martin Reidinger
United States District Judge