THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00244-MR-DLH

| | |
|---|---|
| USA TROUSER, S.A. de C.V., ) ) Plaintiff, ) ) vs. ) ) ) SCOTT ANDREWS, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Motion to Quash Trial Subpoena filed by Russ Reighley [Doc. 164].

The parties have advised the Court that the underlying civil action has been settled and therefore no trial is necessary. As there is no longer any trial at which Mr. Reighley shall be called as a witness, his motion to quash is moot.

**IT IS, THEREFORE, ORDERED** that the Motion to Quash Trial Subpoena filed by Russ Reighley [Doc. 164] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: November 2, 2015

Martin Reidinger
United States District Judge